FORM 3

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SeAH STEEL CORPORATION,<br><br>                              Plaintiff<br>                v.<br>UNITED STATES,<br><br>                              Defendant. | **SUMMONS**<br>Court No. 19-00086 |

TO:  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/
Clerk of the Court

1. The plaintiff in this action is SeAH Steel Corporation, which is a foreign manufacturer and exporter of the merchandise that was the subject of the determination being contested. Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the 2016-17 administrative review of Certain Oil Country Tubular Goods from the Republic of Korea.  *See Certain Oil Country Tubular Goods from the Republic of Korea: Final Results of the Antidumping Duty Administrative Review*; *2016-2017*, 84 Fed. Reg. 24085 (May 24, 2019).
   (Brief description of contested determination)

3. The final results of the 2016-17 administrative review of Oil Country Tubular Goods from Korea was announced in a document signed on May 17, 2019.  The notice was published in the *Federal Register* on May 24, 2019.
   (Date of determination)

- 2 -

4.   The final results of the 2016-17 administrative review of Oil Country Tubular Goods from Korea was published in the *Federal Register* at 84 Fed. Reg. 24085 on May 24, 2019.
     (If applicable, date of publication in Federal Register of notice of contested determination)

                                            Jeffrey M. Winton
                                            LAW OFFICE OF JEFFREY M. WINTON PLLC
                                            1900 L Street, N.W., Suite 611
                                            Washington, DC  20036
                                            Telephone:  (202) 774-5503
                                            Email:  jwinton@jmwinton.com

                                            Attorney for Plaintiff SeAH Steel Corporation

 /s/Jeffrey M. Winton
      Signature of Plaintiff's Attorney


 June 3, 2019
            Date

- 3 -

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

Attorney-in-Charge
U.S. Department of Justice,
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278


Office of the Chief Counsel
for Import Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, DC 20230