UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEAH STEEL CORPORATION, <br><br> Plaintiff, <br><br> HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., and ILJIN STEEL CORPORATION, <br><br> Consolidated Plaintiffs, <br><br> and <br><br> HYUNDAI STEEL COMPANY and ILJIN STEEL CORPORATION, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., and WELDED TUBE USA INC., <br><br> Defendant-Intervenors. | Before:  Jennifer Choe-Groves, Judge <br><br> Consol. Court No. 19-00086 |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Stay, ECF No. 105—and noting the

objections of Plaintiff SeAH Steel Corporation and Consolidated Plaintiffs Husteel Co., Ltd.,

Consol. Court No. 19-00086                                                                                              Page 2

NEXTEEL Co., Ltd., AJU Besteel Co., Ltd., and ILJIN Steel Corporation—and all other papers and proceedings in this action, it is hereby

    **ORDERED** that Defendant's Motion to Stay, ECF No. 105, is denied.

                                                      /s/ Jennifer Choe-Groves  
                                                      Jennifer Choe-Groves, Judge

Dated:  May 18, 2021  
         New York, New York