# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| SEAH STEEL CORPORATION, | ) |
| Plaintiff, | ) |
| HUSTEEL CO., LTD., NEXTEEL CO., LTD., AND AJU BESTEEL CO., LTD., AND ILJIN STEEL CORPORATION | ) |
| Consolidated Plaintiffs, | ) |
| HYUNDAI STEEL COMPANY, AND ILJIN STEEL CORPORATION | ) |
| Plaintiff-Invervenor, | ) |
| v. | ) |
| UNITED STATES, | ) Consol. Ct. No. 19-00086 |
| Defendant, | ) |
| and | ) |
| UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., AND WELDED TUBE USA INC., | ) |
| Defendant-Intervenors. | ) |

**CONSOLIDATED PLAINTIFF HUSTEEL CO., LTD.'S COMMENTS ON REDETERMINATION PURSUANT TO COURT REMAND ORDER**

Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan

August 13, 2021

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Consolidated Plaintiff Husteel Co., Ltd.*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |
|---|---|
| SEAH STEEL CORPORATION, | ) |
| Plaintiff, | ) |
| HUSTEEL CO., LTD., NEXTEEL CO., LTD., AND AJU BESTEEL CO., LTD., AND ILJIN STEEL CORPORATION | ) |
| Consolidated Plaintiffs, | ) |
| HYUNDAI STEEL COMPANY, AND ILJIN STEEL CORPORATION | ) |
| Plaintiff-Invervenor, | ) |
| v. | ) |
| UNITED STATES, | ) Consol. Ct. No. 19-00086 |
| Defendant, | ) |
| and | ) |
| UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., AND WELDED TUBE USA INC., | ) |
| Defendant-Intervenors. | ) |

**CONSOLIDATED PLAINTIFF HUSTEEL CO., LTD.'S COMMENTS ON REDETERMINATION PURSUANT TO COURT REMAND ORDER**

On behalf of Consolidated Plaintiff Husteel Co., Ltd. ("Husteel"), we hereby submit comments on the U.S. Department of Commerce's ("Commerce") June 30, 2021 Final Results of Redetermination Pursuant to Court Remand ("Final Remand Results") in *SeAH Steel Corporation v. United States,* Consol. Court No. 19-00086, Slip Op. 21-43 (Ct. Int'l Trade

2021). As a non-mandatory respondent in the proceeding under litigation whose rate will be determined based on the rates of the mandatory respondents, Husteel concurs with the opposition comments filed by mandatory respondents NEXTEEL Co., Ltd. and SeAH Steel Corporation regarding the issues particular to those respondents. Further, while it is Husteel's position that Commerce's Final Remand Results fully comply with the U.S. Court of International Trade's remand regarding the particular market situation ("PMS") issue inasmuch as Commerce did not apply a PMS adjustment in calculating the respondents' margins, Husteel continues to disagree with the Department's analysis of the PMS issue.

      Respectfully submitted,

      /s/ Donald B. Cameron
      Donald B. Cameron
      Julie C. Mendoza
      R. Will Planert
      Brady W. Mills
      Mary S. Hodgins
      Eugene Degnan

      **MORRIS, MANNING & MARTIN LLP**
      1401 Eye Street, N.W., Suite 600
      Washington, D.C. 20005
      (202) 408-5153

      *Counsel to Consolidated Plaintiff Husteel Co. Ltd.*

August 13, 2021

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing submission complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 167 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

/s/ Donald B. Cameron

12889483 v1