# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JENNIFER CHOE-GROVES

|  |  |
|---|---|
| SEAH STEEL CORPORATION et al., <br><br> *Plaintiff and Consolidated Plaintiffs*, <br><br> HYUNDAI STEEL COMPANY and <br> ILJIN STEEL CORPORATION, <br><br> *Plaintiff-Intervenors*, <br> v. <br> UNITED STATES, <br><br> *Defendant*, <br><br> and <br><br> UNITED STATES STEEL CORPORATION et al., <br><br> *Defendant-Intervenors*. | Court No. 19-00086 <br> (consol.) |

### REMAND COMMENTS OF CONSOLIDATED PLAINTIFF HYUNDAI STEEL COMPANY

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Avenue, N.W. <br> Washington, D.C. 20001 <br> Phone: (202) 942-5000 <br> Fax: (202) 942-5999 | J. David Park <br> Henry D. Almond <br> Daniel R. Wilson <br> Leslie C. Bailey <br> Kang Woo Lee <br><br> *Counsel to Hyundai Steel Company* <br> *Consolidated Plaintiff* |

**Dated: August 13, 2021**

Consolidated Plaintiff Hyundai Steel Company ("Hyundai Steel") respectfully submits these comments on the Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, July 16, 2021, ECF No. 118 ("*Remand Results*").

In the *Remand Results*, Commerce complied with the Court's remand order in so far as Commerce recalculated the antidumping duty margins for the mandatory respondents, SeAH Steel Corporation ("SeAH") and NEXTEEL Co., Ltd. ("NEXTEEL"), without reference to any particular market situation ("PMS") or related calculation adjustments. This is the only outcome possible with respect to the PMS issue that could be consistent with the record facts and the Court's holdings. However, there are other elements of the margin calculations for NEXTEEL and SeAH which are still at issue in this litigation. As a non-selected respondent, any calculation modification that impacts either NEXTEEL's or SeAH's margin calculations directly impacts the average rate assigned to Hyundai Steel. As such, Hyundai Steel joins and supports the comments submitted by NEXTEEL and SeAH on Commerce's remand redetermination. Any revisions to the mandatory respondents' rates as a result of these consolidated appeals should likewise be reflected in a revised rate calculated and applied to Hyundai Steel.

Accordingly, Hyundai Steel respectfully requests that this Court affirm Commerce's particular market situation remand determination. However, the Court should give due consideration to the arguments filed by the mandatory respondents with respect to their company-specific calculation issues and ensure that any resulting changes to the calculations are carried through to the average rate assigned to Hyundai Steel.

Respectfully submitted,

/s/ J. David Park
J. David Park
Henry D. Almond
Daniel R. Wilson
Leslie C. Bailey
Kang Woo Lee

*Counsel to Hyundai Steel Company*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999

**Date: August 13, 2021**

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JENNIFER CHOE-GROVES

|  |  |
|---|---|
| SEAH STEEL CORPORATION et al., | ) |
| *Plaintiff and Consolidated Plaintiffs*, | ) |
| HYUNDAI STEEL COMPANY and ILJIN STEEL CORPORATION, | ) |
| *Plaintiff-Intervenors,* | ) |
| v. | ) **Court No. 19-00086** |
| UNITED STATES, | ) **(consol.)** |
| *Defendant*, | ) |
| and | ) |
| UNITED STATES STEEL CORPORATION et al., | ) |
| *Defendant-Intervenors*. | ) |

## CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)

The undersigned hereby certifies that the attached Remand Comments of Consolidated Plaintiff Hyundai Steel Company filed on August 13, 2021, contains 251 words, exclusive of counsel's signature block, according to the word count function of the word-processing system used to prepare this memorandum, and therefore complies with the word count limitation set forth in the Court's Chambers Procedures.

By:  /s/ J. David Park  
      J. David Park

**Date: August 13, 2021**