UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>    Plaintiff,<br><br>HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., and ILJIN STEEL CORPORATION,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>HYUNDAI STEEL COMPANY, and ILJIN STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.<br><br>    Defendant-Intervenors. | Before: Honorable Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 19-00086<br><br><u>PUBLIC DOCUMENT</u> |

**REMAND COMMENTS OF CONSOLIDATED PLAINTIFF AJU BESTEEL CO., LTD. AND CONSOLIDATED PLAINTIFF/PLAINTIFF-INTERVENOR ILJIN STEEL CORPORATION**

|  |  |
|---|---|
| | Jarrod M. Goldfeder<br>TRADE PACIFIC PLLC<br>700 Pennsylvania Avenue, SE, Suite 500<br>Washington, D.C. 20003<br>(202) 223-3760 |
| Dated: August 13, 2021 | *Counsel to AJU Besteel Co., Ltd. and ILJIN Steel Corporation* |

# REMAND COMMENTS OF CONSOLIDATED PLAINTIFF AJU BESTEEL CO., LTD. AND CONSOLIDATED PLAINTIFF/PLAINTIFF-INTERVENOR ILJIN STEEL CORPORATION

These comments are submitted on behalf of Consolidated Plaintiff AJU Besteel Co., Ltd. ("AJU Besteel") and Consolidated Plaintiff/Plaintiff-Intervenor ILJIN Steel Corporation ("ILJIN") concerning the "Final Results of Redetermination Pursuant to Court Remand" ("*Final Remand Results*"), ECF No. 118, filed by the U.S. Department of Commerce ("Commerce") concerning *SeAH Steel Corp. v. United States*, Consol. Court. No. 19-00086, Slip Op. 21-43 (Ct. Int'l Trade Apr. 14, 2021).

As non-individually investigated respondents in the underlying administrative proceeding that is the subject of this litigation, the rates assigned to AJU Besteel and ILJIN are determined by the final weighted-average dumping margins calculated for the two mandatory respondents, SeAH Steel Corporation ("SeAH") and NEXTEEL Co., Ltd. ("NEXTEEL"). This means that any calculation changes made to SeAH's and/or NEXTEEL's antidumping duty calculations directly impact the review-specific average rate assigned to AJU Besteel and ILJIN.

As such, in order to avoid the duplication of arguments, AJU Besteel and ILJIN concur with the separate comments filed today by SeAH and NEXTEEL concerning the issues particular to those companies arising from the *Final Remand Results*. *See* ECF Nos. 119 and 121. Furthermore, AJU Besteel and ILJIN agree that Commerce's decision to recalculate the weighted-average dumping margins in the *Final Remand Results* without the application of any "particular market situation" ("PMS") adjustment complies with the Court's remand order in Slip Op. 21-43, although AJU Besteel and ILJIN continue to disagree with aspects of Commerce's analysis of the record evidence regarding the PMS issue.

1

Accordingly, AJU Besteel and ILJIN respectfully submit that this Court should affirm Commerce's determination not to make any PMS adjustment. To the extent that any further revisions are made to SeAH's or NEXTEEL's antidumping duty rates based on their comments submitted today, such revisions likewise should be incorporated into a revised review-specific average rate calculated for and assigned to non-individually examined respondents, including AJU Besteel and ILJIN.

        Respectfully submitted,

        /s/ Jarrod M. Goldfeder
        Jarrod M. Goldfeder

        **TRADE PACIFIC PLLC**
        700 Pennsylvania Avenue, SE
        Suite 500
        Washington, D.C. 20003
        (202) 223-3760

Dated: August 13, 2021        *Counsel to AJU Besteel Co., Ltd.
and ILJIN Steel Corporation*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>    Plaintiff,<br><br>HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., and ILJIN STEEL CORPORATION,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>HYUNDAI STEEL COMPANY, and ILJIN STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.<br><br>    Defendant-Intervenors. | Before: Honorable Jennifer Choe-Groves,<br>          Judge<br><br>Consol. Court No. 19-00086 |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel at Trade Pacific PLLC hereby certifies that the attached Remand Comments of Consolidated Plaintiff AJU Besteel Co. Ltd. and Consolidated Plaintiff/Plaintiff-Intervenor ILJIN Steel Corporation, dated August 13, 2021, comply with the word-count limitation described in the Standard Chambers Procedures of the U.S. Court of

International Trade.  The Remand Comments contain 328 words, excluding counsel's signature block, according to the word-count function of the word-processing software used to prepare these comments.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>/s/ Jarrod M. Goldfeder<br>Jarrod M. Goldfeder<br>**TRADE PACIFIC PLLC**<br>700 Pennsylvania Avenue, SE<br>Suite 500<br>Washington, D.C.  20003<br>(202) 223-3760</td></tr>
<tr><td>Dated:  August 13, 2021</td><td>*Counsel to AJU Besteel Co., Ltd.<br>and ILJIN Steel Corporation*</td></tr>
</table>