# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| SEAH STEEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| HUSTEEL CO., LTD., NEXTEEL CO., LTD., ) | |
| AND AJU BESTEEL CO., LTD., AND ILJIN ) | |
| STEEL CORPORATION ) | |
| ) | |
| Consolidated Plaintiffs, ) | |
| ) | |
| HYUNDAI STEEL COMPANY, ) | |
| AND ILJIN STEEL CORPORATION ) | |
| ) | |
| Plaintiff-Invervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | Consol. Ct. No. 19-00086 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES STEEL CORPORATION, ) | |
| MAVERICK TUBE CORPORATION, ) | |
| TENARIS BAY CITY, INC., TMK IPSCO, ) | |
| VALLOUREC STAR, L.P., AND WELDED ) | |
| TUBE USA INC., ) | |
| ) | |
| Defendant-Intervenors. ) | |

**CONSOLIDATED PLAINTIFF HUSTEEL CO., LTD.'S COMMENTS IN SUPPORT OF REDETERMINATION PURSUANT TO COURT REMAND ORDER**

Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan

September 15, 2021

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Consolidated Plaintiff Husteel Co., Ltd.*

14569402 v1

### IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| SEAH STEEL CORPORATION, | ) |
| Plaintiff, | ) |
| HUSTEEL CO., LTD., NEXTEEL CO., LTD., AND AJU BESTEEL CO., LTD., AND ILJIN STEEL CORPORATION | ) |
| Consolidated Plaintiffs, | ) |
| HYUNDAI STEEL COMPANY, AND ILJIN STEEL CORPORATION | ) |
| Plaintiff-Invervenors, | ) |
| v. | ) |
| UNITED STATES, | ) Consol. Ct. No. 19-00086 |
| Defendant, | ) |
| and | ) |
| UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., AND WELDED TUBE USA INC., | ) |
| Defendant-Intervenors. | ) |

**CONSOLIDATED PLAINTIFF HUSTEEL CO., LTD.'S COMMENTS IN SUPPORT OF REDETERMINATION PURSUANT TO COURT REMAND ORDER**

On behalf of Consolidated Plaintiff Husteel Co., Ltd. ("Husteel"), we hereby submit comments on the U.S. Department of Commerce's ("Commerce") July 16, 2021 Final Results of Redetermination Pursuant to Court Remand ("Final Remand Results") in *SeAH Steel Corporation v. United States,* Consol. Court No. 19-00086, Slip Op. 21-43 (Ct. Int'l Trade

14569402 v1

2021).  As a non-mandatory respondent in the proceeding under litigation whose rate will be determined based on the rates of the mandatory respondents, Husteel concurs with the comments in support of the Final Remand Results filed by mandatory respondents NEXTEEL Co., Ltd. and SeAH Steel Corporation regarding the issues particular to those respondents.  Further, it is Husteel's position that Commerce's Final Remand Results fully comply with the U.S. Court of International Trade's remand regarding the particular market situation ("PMS") issue inasmuch as Commerce did not apply a PMS adjustment in calculating the respondents' margins.  Husteel continues to disagree, however, with Commerce's analysis of the PMS issue.

        Respectfully submitted,

        /s/ Donald B. Cameron
        Donald B. Cameron
        Julie C. Mendoza
        R. Will Planert
        Brady W. Mills
        Mary S. Hodgins
        Eugene Degnan

        **MORRIS, MANNING & MARTIN LLP**
        1401 Eye Street, N.W., Suite 600
        Washington, D.C. 20005
        (202) 408-5153

        *Counsel to Consolidated Plaintiff Husteel Co. Ltd.*

September 15, 2021

14569402 v1

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing submission complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 175 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

**/s/ Donald B. Cameron**

13370220 v1