UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>    Plaintiff,<br><br>HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., and ILJIN STEEL CORPORATION,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>HYUNDAI STEEL COMPANY, and ILJIN STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.<br><br>    Defendant-Intervenors. | Before: Honorable Jennifer Choe-Groves,<br>         Judge<br><br>Consol. Court No. 19-00086<br><br><u>PUBLIC DOCUMENT</u> |

**CONSOLIDATED PLAINTIFF AJU BESTEEL CO., LTD.'S AND CONSOLIDATED PLAINTIFF/PLAINTIFF-INTERVENOR ILJIN STEEL CORPORATION'S COMMENTS IN PARTIAL SUPPORT OF REMAND REDETERMINATION**

|  |  |
|---|---|
|  | Jarrod M. Goldfeder<br>TRADE PACIFIC PLLC<br>700 Pennsylvania Avenue, SE, Suite 500<br>Washington, D.C. 20003<br>(202) 223-3760<br><br>*Counsel to AJU Besteel Co., Ltd.* |
| Dated: September 15, 2021 | *and ILJIN Steel Corporation* |

**CONSOLIDATED PLAINTIFF AJU BESTEEL CO., LTD.'S AND CONSOLIDATED PLAINTIFF/PLAINTIFF-INTERVENOR ILJIN STEEL CORPORATION'S COMMENTS IN PARTIAL SUPPORT OF REMAND REDETERMINATION**

These comments are submitted on behalf of Consolidated Plaintiff AJU Besteel Co., Ltd. ("AJU Besteel") and Consolidated Plaintiff/Plaintiff-Intervenor ILJIN Steel Corporation ("ILJIN") concerning the "Final Results of Redetermination Pursuant to Court Remand" ("*Final Remand Results*"), ECF No. 118, filed by the U.S. Department of Commerce ("Commerce") concerning *SeAH Steel Corp. v. United States*, Consol. Court. No. 19-00086, Slip Op. 21-43 (Ct. Int'l Trade Apr. 14, 2021).

As non-individually investigated respondents in the underlying administrative proceeding that is the subject of this litigation, the rates assigned to AJU Besteel and ILJIN are determined by the final weighted-average dumping margins calculated for the two mandatory respondents, NEXTEEL Co., Ltd. ("NEXTEEL") and SeAH Steel Corporation ("SeAH"). This means that any calculation changes made to NEXTEEL's and/or SeAH's antidumping duty calculations directly impact the review-specific average rate assigned to AJU Besteel and ILJIN.

In order to avoid the duplication of arguments, AJU Besteel and ILJIN concur with the separate comments filed today by NEXTEEL and SeAH that partially support the *Final Remand Results* and respond to the August 13, 2021, partial opposition comments of Defendant-Intervenor U.S. Steel Corporation. *See* ECF Nos. 133 and 134. In particular, AJU Besteel and ILJIN agree that Commerce's decision to recalculate the weighted-average dumping margins in the *Final Remand Results* without the application of any "particular market situation" ("PMS") adjustment complies with the Court's remand order in Slip Op. 21-43, although AJU Besteel and ILJIN continue to disagree with aspects of Commerce's analysis of the record evidence

regarding the PMS issue.  Accordingly, AJU Besteel and ILJIN respectfully submit that this

Court should affirm Commerce's determination not to make any PMS adjustment.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Jarrod M. Goldfeder<br>Jarrod M. Goldfeder |
|  | **TRADE PACIFIC PLLC**<br>700 Pennsylvania Avenue, SE<br>Suite 500<br>Washington, D.C.  20003<br>(202) 223-3760 |
| Dated:  September 15, 2021 | *Counsel to AJU Besteel Co., Ltd.*<br>*and ILJIN Steel Corporation* |

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>    Plaintiff,<br><br>HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., and ILJIN STEEL CORPORATION,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>HYUNDAI STEEL COMPANY, and ILJIN STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., TMK IPSCO, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.<br><br>    Defendant-Intervenors. | Before: Honorable Jennifer Choe-Groves,<br>         Judge<br><br>Consol. Court No. 19-00086 |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel at Trade Pacific PLLC hereby certifies that the attached Comments of Consolidated Plaintiff AJU Besteel Co. Ltd. and Consolidated Plaintiff/Plaintiff-Intervenor ILJIN Steel Corporation in Partial Support of Remand Redetermination, dated September 15, 2021, comply with the word-count limitation described in the Standard Chambers

Procedures of the U.S. Court of International Trade.  The Remand Comments contain 293 words, excluding counsel's signature block, according to the word-count function of the word-processing software used to prepare these comments.

                                      Respectfully submitted,

                                      /s/ Jarrod M. Goldfeder
                                      Jarrod M. Goldfeder
                                      **TRADE PACIFIC PLLC**
                                      700 Pennsylvania Avenue, SE
                                      Suite 500
                                      Washington, D.C.  20003
                                      (202) 223-3760

Dated:  September 15, 2021          *Counsel to AJU Besteel Co., Ltd.*
                                      *and ILJIN Steel Corporation*