FORM 3: Notice of Appeal from the United States Court of International Trade

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SeAH Steel Corporation,<br><br>                                  Plaintiff,<br><br>AND<br><br>NEXTEEL Co., Ltd.; Husteel Co., Ltd.; AJU Besteel Co., Ltd.; and Iljin Steel Corporation,<br><br>                          Consolidated Plaintiffs,<br><br>AND<br><br>Iljin Steel Corporation and Hyundai Steel Company,<br><br>                          Plaintiff-Intervenors<br><br>             v.<br><br>United States,<br><br>                        Defendant,<br><br>AND<br><br>United States Steel Corporation; Maverick Tube Corporation; Tenaris Bay City, Inc.; Vallourec Star, L.P.; and Welded Tube USA Inc.,<br><br>                        Defendant-Intervenors. | Consol. Court. No. 19-00086 |

### **NOTICE OF APPEAL**

Notice is hereby given that the following party in the above-named consolidated case, United States Steel Corporation, hereby appeals to the United States Court of Appeals for the Federal Circuit the final judgment entered in this consolidated action on August 26, 2022.

\*     \*     \*

FORM 3: Notice of Appeal from the United States Court of International Trade

                                              Respectfully submitted,

                                              /s/ James E. Ransdell

                                              Thomas M. Beline
                                              James E. Ransdell
                                              Cassidy Levy Kent (USA) LLP
                                              900 19th Street NW, Ste. 400
                                              Washington, DC 20006
                                              Phone: 202-567-2321
                                              Email: jransdell@cassidylevy.com

Date:   October 25, 2022