**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**   Form 1
March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 19-00086

Case title being appealed: SeAH Steel Corporation v. United States

Date of final judgment or order being appealed: 02/23/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

SeAH Steel Corporation

Date: 03/20/2023

Signature: /s/ Jeffrey M. Winton

Name: Jeffrey M. Winton

Address: 1900 L St. NW

Suite 611

Washington, DC 20036

Phone Number: 202-774-5503

Email Address: jwinton@winton.law