NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEAH STEEL CORP., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,**
*Plaintiffs-Appellees*

**HUSTEEL CO., LTD.,**
*Plaintiff*

v.

**UNITED STATES, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,**
*Defendants*

**UNITED STATES STEEL CORPORATION,**
*Defendant-Appellant*

---

2023-1109

---

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG, 1:19-cv-00100-JCG, and 1:19-cv-00101-JCG, Judge Jennifer Choe-Groves.

-------------------------------------------------

SEAH STEEL CORP.,
*Plaintiff-Appellant*

HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,
*Plaintiffs*

v.

UNITED STATES, UNITED STATES STEEL CORPORATION, VALLOUREC STAR, L.P., WELDED TUBE USA INC.,
*Defendants-Appellees*

MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC.,
*Defendants*

---

2023-1657

---

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG, 1:19-cv-00100-JCG, and 1:19-cv-00101-JCG, Judge Jennifer Choe-Groves.

---

**ON MOTION**

---

### O R D E R

Maverick Tube Corporation, Tenaris Bay City, Inc., and IPSCO Tubulars Inc. notify the court that they will not participate further in these appeals. United States Steel Corporation moves unopposed to voluntarily dismiss

Appeal No. 2023-1109 pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2023-1109 is dismissed.

(2) Each party shall bear its own costs for Appeal No. 2023-1109.

(3) The revised official caption for Appeal No. 2023-1657 is reflected in this order.

(4) The opening brief in Appeal No. 2023-1657 is due no later than 60 days from the date of filing of this order.

FOR THE COURT

May 4, 2023  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court

ISSUED AS A MANDATE (for 2023-1109 only): May 4, 2023